COURTROOM MINUTE SHEET

CIVIL NO. 17-ml-2792                                              DATE   November 16, 2017

Samsung Top-Load Washing Machine Marketing, Sales Practices and Product Liability Litigation

COMMENCED   1:35      ENDED    2:30      TOTAL TIME    55 minutes

PROCEEDINGS:  Initial Case Management Conference

JUDGE TIMOTHY D. DeGIUSTI  DEPUTY MIKE BAILEY  REPORTER CHRISTY CLARK

PLF. COUNSEL   William Federman

DFT COUNSEL   Arthur Brown, Susan Shinn, Andrew Pratt

PLF'S EXHIBITS ADMITTED

DFT'S EXHIBITS ADMITTED

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |

ENTER AS ABOVE

Hearing held. Parties are directed to meet and confer regarding to attempt to agree on as   much as possible for inclusion in the Case Management Order, and submit Notice of matters of agreement and earmark issues not in agreement within 14 days; Parties to file supplemental briefing notion of adjudicating sampling of motions to dismiss, with show cause orders to follow; scope of discovery while motions to dismiss are pending, use of consolidated complaint and/or direct filing,  and use of bellwether procedure; Plaintiff's CMC filing shall serve as opening brief; Defendant shall  respond

<u>limited to 20 pages and be filed within 21 days; Plaintiff's reply is limited to 10 pages and due 21 days later; Parties to meet and confer re: Protective Order and ESI and submit proposed order within 21 days; Proposed lead and liason counsel submit to the Court resumes within 7 days by letter with cc: to opposing party.</u>

Additional Counsel Appearing

| PLF. COUNSEL | DFT COUNSEL |
|---|---|
| Joshua Wells | Murray Abowitz |
| Jason Lichtman | Gerald Green |
| John Spragens | Kristin Baker by phone |
|  | Philip Oliss |
|  | Elie Salamon |