# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: SAMSUNG TOP-LOAD WASHING MACHINE MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES ONLY TO: <br> *RANDA JACOBS V. SAMSUNG ELECTRONICS AMERICA, INC. ET AL.*, <br> CASE NO. CIV-17-01079-D | MDL Case No. 17-ml-2792-D <br> and <br> Case No. 17-cv-01079-D |

## ORDER

Plaintiff Randa Jacobs has filed an Unopposed Motion to Stay Proceedings [Doc. No. 4], asking that the Court stay these proceedings pending the resolution of two related cases before the Court: *Wells v. Samsung Electronics America, Inc., et al.*, Case No. CIV-17-46-D and *Higginbotham v. Samsung Electronics America, Inc., et al.*, Case No. CIV-17-102-D (hereinafter the "*Wells/Higginbotham* litigation").

Rather than staying this case for an indeterminate amount of time, and consistent with prior orders regarding similarly-postured cases, the Court directs the Clerk to administratively close this case in her records. Within **thirty (30) days** of the final disposition of the *Wells/Higginbotham* litigation, or upon other good cause, the parties may move to reopen this action. If the parties have not moved to reopen this action as set forth herein, it will be deemed to be dismissed without prejudice.

**IT IS SO ORDERED** this **22ⁿᵈ** day of January 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE