# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: SAMSUNG TOP-LOAD WASHING MACHINE MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Case No. 17-ml-2792-D<br><br>Hon. Timothy D. DeGiusti |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Nagel Rice, LLP, attorneys for plaintiffs in two related actions, hereby enters an appearance as interested parties in the above cases.

**NAGEL RICE, LLP**
Attorneys for Plaintiffs In Related Actions

Dated: May 7, 2018

By: /s/ Randee M. Matloff
Randee M. Matloff
103 Eisenhower Parkway, Suite 103
Roseland, New Jersey 07068
T: (973) 618-0400
F: (973) 618-9194
rmatloff@nagelrice.com